UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

KAREEM SMITH,

          **Plaintiff**

  v.

Governor TOM WOLFE, *et al.*,

          **Defendants**

Civil No. 3:19-cv-0711

(Judge Mariani)

## ORDER

**AND NOW**, this 6th day of August, 2020, upon consideration of Defendants' motion to dismiss (Doc. 17), and for the reasons set forth in the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT:**

1. The motion (Doc. 17) is **GRANTED**.

2. The Clerk of Court is directed to **CLOSE** this case.

3. Any appeal from this Order is **DEEMED** frivolous and not taken in good faith. *See* 28 U.S.C. § 1915(a)(3).

                                                Robert D. Mariani
                                                United States District Judge